Hagarty, Carswell and Taylor, JJ., concur; Close, P. J., and Lewis, J., concur in reversal of judgment on ground that the verdict is against the weight of the credible evidence, but dissent as to the dismissal of the complaint and vote to grant a new trial on the ground that the record presents a question of fact.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY F. FLAHERTY, Appellant, against JOHN F. MCNEILL, as Superintendent of the Matteawan State Hospital for the Criminal Insane, et al., Respondents.—

No opinion. Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

HERMAN ROTHSCHILD et al., Suing for Themselves as Stockholders and All Other Stockholders of Chemacid Societe Anonyme in Like Situation, Appellants, v. CHEMACID SOCIETE ANONYME et al., Defendants, and OTTO ROSENTHAL et al., Defendants-Respondents. (Appeal No. 1.)

No opinion. Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

HERMAN ROTHSCHILD et al., Suing for Themselves as Stockholders and All Other Stockholders of Chemacid Societe Anonyme in Like Situation, Respondents, v. CHEMACID SOCIETE ANONYME et al., Appellants, et al., Defendants. (Appeal No. 2.)

Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur. [180 Misc. 785.]

ALICE M. RYDER, as Administratrix of the Estate of GEORGE BENESH, Deceased, Plaintiff, v. MILL BASIN ASPHALT CORPORATION et al., Defendants, CITY OF NEW YORK, Defendant-Respondent, and TAYLOR-FICHTER STEEL CONSTRUCTION CO., INC., Impleaded Defendant, Appellant.—

No opinion. Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ., concur.

JENNIE SHARP, as Administratrix of the Estate of MORRIS SHARP, Deceased, Appellant, v. LONG ISLAND RAILROAD COMPANY, Respondent.—

No opinion. Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

FRANCIS A. VAN SUETENDAEL, as Administrator de Bonis Non of the Estate of ARTHUR J. VAN SUETENDAEL, Deceased, Respondent, v. ACHILLE O. VAN SUETENDAEL et al., Individually and as Liquidating Directors and Trustees of PHILLIPSBURGH CONSTRUCTION COMPANY, Appellants.—

Settle order on notice within ten days from the date of this decision. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

BERTHA WACHTELL, Respondent, v. THEODORE WACHTELL et al., Appellants.—